

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NATHANIEL HATCHER,

    Petitioner,

v.                          CIVIL ACTION NO.: CV205-150

JOSE VAZQUEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Hatcher contends that he was convicted of misdemeanor battery charges rather than the felony charges the sentencing judge used in calculating his sentence. Hatcher asserts that the Bureau of Prisons ("BOP") is using this incorrect information to determine his classification status.

Under the BOP "Offense Severity Scale," battery is considered an offense either in the "greatest severity" or "moderate severity" category, regardless of whether the battery offense is a felony or a misdemeanor. Offenses set forth in either of these categories are classified as a "serious" type of prior commitment. An inmate will thus be assigned three (3) points to determine his classification status. (Program Statement 5100.07, Ch. 8, p. 6.) It is immaterial to the BOP's classification determination whether Hatcher's prior commitment history consists of felony or misdemeanor counts of battery.

AO 72A
(Rev. 8/82)

Hatcher's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Hatcher's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 27th day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)